RICHARD M. BELL, Appellant, v. THOMAS L. JAMES et al., Respondents, Impleaded with Another.

*Bell* v. *James*, 128 App. Div. 241, affirmed.
(Argued February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 4, 1908, affirming a judgment in favor of the respondents herein entered upon a dismissal of the complaint as to them by the court at a Trial Term without a jury in an action against directors of a savings and loan association to recover damages sustained by plaintiff through a subscription for stock alleged to have been induced by the false representations of defendants.

*Edward P. Lyon* for appellant.

*William Hepburn Russell, A. J. Dittenhoefer, Edwin L. Scofield* and *Charles A. Deshon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.